# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:15-cr-91 |
| v. | ) | |
| | ) | Judge Travis R. McDonough |
| JAMES DAVID BRADLEY | ) | |
| | ) | Magistrate Judge Susan K. Lee |
| | ) | |

## ORDER

On October 17, 2016, Magistrate Judge Susan K. Lee filed a Report and Recommendation (Doc. 355) pursuant to 28 U.S.C. § 636(b)(1). In her Report and Recommendation, Magistrate Judge Lee recommended that Defendant's motion to suppress (Doc. 305) be denied. (Doc. 355, at 22.) Defendant has not filed objections to Magistrate Judge Lee's Report and Recommendation. Nonetheless, the Court has reviewed the record in this matter, and it agrees with Magistrate Judge Lee's well-reasoned conclusions. Accordingly, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Lee's findings of fact and conclusions of law, and Defendant's motion to suppress (Doc. 305) is hereby **DENIED**.

**SO ORDERED.**

/s/*Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**